UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVIILE

**CHARLES CLAYTON et al.**                                      **PLAINTIFFS**

**v.**                                        **CIVIL ACTION NO. 3:09CV-P294-H**

**CHRISTINE A. LANCIA et al.**                                 **DEFENDANTS**

<u>**ORDER**</u>

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiffs' claims are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

All pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a final Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the Memorandum Opinion. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiffs, *pro se*
          Defendants
4412.009